# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 1:25-CV-03742-CJC

Plaintiff:
**Rachel Byer**

vs.

Defendant:
**Nicole Jantz**

For:
Brennan Law Firm, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, MD 21401

Received by Brian E. Ruleman on the 18th day of November, 2025 at 11:35 am to be served on **Nicole Jantz, 8580 Briar Patch Drive, Denton, MD 21629**.

I, Brian E. Ruleman, do hereby affirm that on the **19th day of November, 2025** at **1:00 pm, I:**

**Individually served Nicole Jantz, the person listed as the recipient of the legal documents with the Summons in a Civil Action, Civil Cover Sheet, Complaint, Exhibit, Motion Requesting the Court to Waive Local Rule 102.2(a) Requirement for the Complaint to List Plaintiff's Address, Affidavit of Rachel Byer, Standing Order 2019-07, and Consent to Exercise of Jurisdiction by United States Magistrate Judge, at 8580 Briar Patch Drive, Denton, MD 21629.** Actual service location: (38.8423,-75.7865) accuracy 18 m.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Dark Tan, Height: 5'6", Weight: 150, Hair: Black, Glasses: N

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

**Brian E. Ruleman**
Independent Process Server

**De Novo Attorney Services, Inc.**
**info@denovoattorneyservices.com**
**610 Bosley Avenue, Suite 207**
**Baltimore, MD 21204**
**(800) 846-9696**

Our Job Serial Number: NOV-2025010170
Ref: 1:25-cv-03742-CJC

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a